IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY E. JOHNSON                                                              PLAINTIFF

V.                                           3:08CV00087 JMM

CITY OF JONESBORO, ARKANSAS, et al                          DEFENDANTS

## ORDER

Pending is the Motion to Dismiss of the City of Jonesboro Police Department and the City of Jonesboro Animal Control Department. The Plaintiff has responded and has no objection to the dismissal with prejudice of these defendants. Accordingly, the Motion to Dismiss of the City of Jonesboro Police Department and the City of Jonesboro Animal Control Department (Docket # 14) is GRANTED. Plaintiff's Complaint is dismissed as to these defendants.

The remaining defendants in the case, the City of Jonesboro, Arkansas, Doug Forman, Michael Yates, and Larry Rogers, are directed to file a response to the Plaintiff's motion for temporary restraining order which is stated in his Complaint.[1] The response should be filed on or before August 8, 2008.

IT IS SO ORDERED this 16th day of July 2008.

_____
James M. Moody
United States District Judge

---

[1] Although Plaintiff did not file a separate motion for a temporary restraining order or a brief in support as required by Local Rule 7.2, the Court will allow the motion. Plaintiff is reminded that he is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.