IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY E. JOHNSON                                             PLAINTIFF

V.                              3:08CV00087 JMM

CITY OF JONESBORO, ARKANSAS, et al            DEFENDANTS

## ORDER

Pending is the Plaintiff's Motion for Temporary Restraining Order and for a Hearing. The Defendants have been directed to respond to these motions on or before August 8, 2008. In the meantime, however, Plaintiff has filed a motion for non-suit of the case.[1] Pursuant to Rule 41(a)(2), the Court grants the motion for non-suit (Docket # 23).

The Clerk is directed to close the case. All pending motions are moot.

IT IS SO ORDERED this 29th day of July 2008.

_____
James M. Moody
United States District Judge

---

[1] Out of an abundance of caution and concern for the Plaintiff's well-being, the Court has notified the appropriate authorities of the comments made in Plaintiff's motion. The Court has been informed that the dogs referred to in this case have not been euthanized.